142 P.3d 1285

# SUPREME COURT OF HAWAI'I

## August 25, 2006

| 25480 | State v. Bryant | Affirmed |
| 25914 | State v. Legro | Affirmed |

## September 8, 2006

| 27448 | Groves v. Outrigger Hotels Hawaii | Affirmed |

## September 20, 2006

| 25714 | Preble v. Board of Trustees of Employees' Retirement System of State | Dismissed |

## September 21, 2006

| 25590 | Bender v. Lee | Affirmed |

## September 26, 2006

| 26013 | State v. Lee | Vacated and Remanded |
| 25917 | State v. Munar | Vacated and Remanded |

## September 27, 2006

| 25554 | State v. Thomas | Affirmed |